IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

EMMANUEL CHURCH,               )
                               )
          Plaintiff,           )    TC-MD 140422D
                               )
     v.                        )
                               )
MULTNOMAH COUNTY ASSESSOR,     )
                               )
          Defendant.           )    **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered January 9, 2015. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16.

This matter is before the court on its own motion to dismiss because Plaintiff has failed to comply with the court's request that it designate a representative by submitting a completed Authorization to Represent form.

Plaintiff filed its Complaint on November 12, 2014. That Complaint was signed by Franklin A. Alvey and listed the address of Emmanuel Church as 1032 North Sumner Street, Portland, Oregon 97217. On November 13, 2014, court staff sent a letter to the address listed on the Complaint, requesting a completed and signed Authorization to Represent form. That letter was not returned as undeliverable and the court did not receive a response. On December 3, 2014, court staff sent another letter to the same address, again requesting appointment of an authorized representative and notifying Plaintiff that its case might be dismissed if no response was received within 14 days. That letter was not returned as undeliverable and the court did not receive a response.

/ / /

The court sent a third letter to Plaintiff on December 18, 2014, once more requesting that Plaintiff complete an Authorization to Represent form. That letter confirmed Plaintiff had not responded to the two preceding letters from court staff, and stated that the court was unable to set a case management conference until Plaintiff designated a representative. That letter stated that Plaintiff's case would be dismissed if no response was received by January 2, 2015.

As of this date, Plaintiff has not responded to the court's communications. Because Plaintiff has not complied with the court's request to submit a completed Authorization to Represent form designating a representative for Emmanuel Church, the court finds the appeal must be dismissed. Now therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of January 2015.


_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Presiding Magistrate Jill A. Tanner on January 26, 2015. The court filed and entered this document on January 26, 2015.*